DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TROY MIEDEMA,**
Appellant,

v.

**JODY BLACK MIEDEMA,**
Appellee.

No. 4D17-3191

[November 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. 15-01300737.

Seth E. Schneiderman of Seth E. Schneiderman, P.A., Hollywood, for appellant.

Jeanne C. Brady and Frank R. Brady of Brady & Brady, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***